

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### Western

In the matter of:
**ARCHER, STEVEN JOSEPH**
**ARCHER, ELOISE KATHRYN**
**SYSTEMS, WALL BED**

Case No. 10-33435 W

Chapter 7

Judge MARY ANN WHIPPLE

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $44.75 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Cameron Packaging Inc<br>250 E Hanthorn Rd<br>Lima, OH 45804 | 4 | 0.67 |
| Stroh Johnson Co LLD<br>1201 Defiance St, PO Box 2020<br>Wapakoneta, OH 45895 | 5 | 1.81 |
| Paxton<br>7455 Dawson Rd<br>Cincinnati, OH 45243 | 6 | 1.63 |
| Weisenmayer Law Office<br>P.O. Box 299<br>Wapakoneta, OH 45895 | 8 -2 | 1.09 |
| Spring Works<br>801 Distribution Dr<br>Columbus, OH 43228 | 9 | 3.80 |
| Midwest Commercial Millwork<br>514 N Union<br>Lima, OH 45804 | 10 | 4.29 |
| Miller's Textile Services Inc<br>PO Box 239<br>Wapakoneta, OH 45895 | 16 | 0.89 |

| | | |
|---|---|---|
| Uline<br>2200 S Lakeside Dr<br>Waukegan, IL 60085 | 17 | 0.49 |
| Stiles Machinery Leasing<br>3965 44th St SE<br>Grand Rapids, MI 49512 | 20 | 1.60 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP, POB 3001<br>Malvern, PA 19355-0701 | 21 | 1.91 |
| American Express Bank FSB<br>c/o Becket and Lee LLP, POB 3001<br>Malvern, PA 19355-0701 | 24 | 1.62 |
| Mid-States Packaging<br>12163 St Rte 274, PO BOX 126<br>Lewistown, OH 43333 | 26 | 2.28 |
| UNITED PARCEL SERVICE<br>c/o RMS Bankruptcy Recovery Services, P.O.<br>Box 4396<br>Timonium, MD 21094 | 28 | 3.78 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat, 25<br>SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | 29 | 4.61 |
| Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service, P O Box<br>740933<br>Dallas, TX 75374 | 31 | 1.35 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 32 | 2.37 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 34 | 2.13 |
| Precision Tool Grinding<br>216 S Greenlawn Ave<br>Lima, OH 45807 | 36 | 0.13 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 40 | 3.83 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent, PO Box<br>248809<br>Oklahoma City, OK 73124-8809 | 47 | 4.47 |

# Proposed Distribution

## Case: 10-33435 ARCHER, STEVEN JOSEPH

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $2,498.16 | Total Proposed Payment: | $2,498.16 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BRUCE COMLY FRENCH <2200-00 Trustee Expenses> | Admin Ch. 7 | 249.00 | 249.00 | 0.00 | 249.00 | 249.00 | 2,249.16 |
| | BRUCE COMLY FRENCH <2100-00 Trustee Compensation> | Admin Ch. 7 | 625.04 | 625.04 | 0.00 | 625.04 | 625.04 | 1,624.12 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **874.04** | **874.04** | **0.00** | **874.04** | **874.04** | |
| 2 | TARGET NATIONAL BANK | Unsecured | 4,733.15 | 4,733.15 | 0.00 | 4,733.15 | 10.11 | 1,614.01 |
| 3 | Discover Bank | Unsecured | 4,875.21 | 4,875.21 | 0.00 | 4,875.21 | 10.41 | 1,603.60 |
| 4 | Cameron Packaging Inc | Unsecured | 312.39 | 312.39 | 0.00 | 312.39 | 0.67 | 1,602.93 |
| 5 | Stroh Johnson Co LLD | Unsecured | 846.71 | 846.71 | 0.00 | 846.71 | 1.81 | 1,601.12 |
| 6 | Paxton | Unsecured | 762.42 | 762.42 | 0.00 | 762.42 | 1.63 | 1,599.49 |
| 7 | R and L | Unsecured | 9,597.01 | 9,597.01 | 0.00 | 9,597.01 | 20.49 | 1,579.00 |
| 8 -2 | Weisenmayer Law Office | Unsecured | 510.50 | 510.50 | 0.00 | 510.50 | 1.09 | 1,577.91 |
| 9 | Spring Works | Unsecured | 1,778.06 | 1,778.06 | 0.00 | 1,778.06 | 3.80 | 1,574.11 |
| 10 | Midwest Commercial Millwork | Unsecured | 2,007.00 | 2,007.00 | 0.00 | 2,007.00 | 4.29 | 1,569.82 |
| 11 | Baer Supply | Unsecured | 17,853.90 | 17,853.90 | 0.00 | 17,853.90 | 38.12 | 1,531.70 |
| 12 | Northern Contours | Unsecured | 9,781.23 | 9,781.23 | 0.00 | 9,781.23 | 20.88 | 1,510.82 |
| 13 | Advanta Bank Corp in receivership of FDIC | Unsecured | 30,036.29 | 30,036.29 | 0.00 | 30,036.29 | 64.13 | 1,446.69 |
| 14 | Advanta Bank Corp in receivership of FDIC | Unsecured | 7,731.94 | 7,731.94 | 0.00 | 7,731.94 | 16.51 | 1,430.18 |
| 16 | Miller's Textile Services Inc | Unsecured | 418.10 | 418.10 | 0.00 | 418.10 | 0.89 | 1,429.29 |
| 17 | Uline | Unsecured | 228.39 | 228.39 | 0.00 | 228.39 | 0.49 | 1,428.80 |
| 18 | Hafele | Unsecured | 2,820.54 | 2,820.54 | 0.00 | 2,820.54 | 6.02 | 1,422.78 |
| 19 | Murphy Wall Beds Canada | Unsecured | 7,023.42 | 7,023.42 | 0.00 | 7,023.42 | 15.00 | 1,407.78 |
| 20 | Stiles Machinery Leasing | Unsecured | 750.00 | 750.00 | 0.00 | 750.00 | 1.60 | 1,406.18 |
| 21 | American Express Centurion Bank | Unsecured | 896.04* | 896.04 | 0.00 | 896.04 | 1.91 | 1,404.27 |
| 22 | American Express Bank FSB | Unsecured | 12,316.68* | 12,316.68 | 0.00 | 12,316.68 | 26.30 | 1,377.97 |
| 23 | American Express Bank FSB | Unsecured | 18,249.55 | 18,249.55 | 0.00 | 18,249.55 | 38.96 | 1,339.01 |
| 24 | American Express Bank FSB | Unsecured | 758.71* | 758.71 | 0.00 | 758.71 | 1.62 | 1,337.39 |
| 25 | Heatwole | Unsecured | 10,660.00 | 10,660.00 | 0.00 | 10,660.00 | 22.76 | 1,314.63 |
| 26 | Mid-States Packaging | Unsecured | 1,070.00 | 1,070.00 | 0.00 | 1,070.00 | 2.28 | 1,312.35 |
| 27 | Mcelwain | Unsecured | 11,489.34 | 11,489.34 | 0.00 | 11,489.34 | 24.53 | 1,287.82 |
| 28 | UNITED PARCEL SERVICE | Unsecured | 1,771.59 | 1,771.59 | 0.00 | 1,771.59 | 3.78 | 1,284.04 |
| 29 | GE Money Bank | Unsecured | 2,160.62 | 2,160.62 | 0.00 | 2,160.62 | 4.61 | 1,279.43 |
| 30 | GE Money Bank | Unsecured | 2,778.01 | 2,778.01 | 0.00 | 2,778.01 | 5.93 | 1,273.50 |

(*) Denotes objection to Amount Filed

# Proposed Distribution

## Case: 10-33435   ARCHER, STEVEN JOSEPH

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $2,498.16 | Total Proposed Payment: | $2,498.16 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 31 | Chase Bank USA,N.A | Unsecured | 632.20 | 632.20 | 0.00 | 632.20 | 1.35 | 1,272.15 |
| 32 | Chase Bank USA, N.A. | Unsecured | 1,109.52 | 1,109.52 | 0.00 | 1,109.52 | 2.37 | 1,269.78 |
| 33 | Chase Bank USA, N.A. | Unsecured | 15,907.98 | 15,907.98 | 0.00 | 15,907.98 | 33.97 | 1,235.81 |
| 34 | Chase Bank USA, N.A. | Unsecured | 999.74 | 999.74 | 0.00 | 999.74 | 2.13 | 1,233.68 |
| 35 | Chase Bank USA, N.A. | Unsecured | 18,176.36 | 18,176.36 | 0.00 | 18,176.36 | 38.81 | 1,194.87 |
| 36 | Precision Tool Grinding | Unsecured | 60.32 | 60.32 | 0.00 | 60.32 | 0.13 | 1,194.74 |
| 37 | Chase Bank USA NA | Unsecured | 39,900.88 | 39,900.88 | 0.00 | 39,900.88 | 85.19 | 1,109.55 |
| 38 | Chase Bank USA NA | Unsecured | 16,810.36 | 16,810.36 | 0.00 | 16,810.36 | 35.89 | 1,073.66 |
| 39 | Chase Bank USA, N.A. | Unsecured | 3,738.74 | 3,738.74 | 0.00 | 3,738.74 | 7.98 | 1,065.68 |
| 40 | Chase Bank USA, N.A. | Unsecured | 1,791.99 | 1,791.99 | 0.00 | 1,791.99 | 3.83 | 1,061.85 |
| 41 | Chase Bank USA, N.A. | Unsecured | 14,917.78 | 14,917.78 | 0.00 | 14,917.78 | 31.85 | 1,030.00 |
| 42 | JPMorgan Chase Bank,NA | Unsecured | 431,354.85 | 431,354.85 | 0.00 | 431,354.85 | 920.99 | 109.01 |
| 44 | ABF FREIGHT SYSTEM INC | Unsecured | 7,953.56 | 7,953.56 | 0.00 | 7,953.56 | 16.98 | 92.03 |
| 45 | GE Money Bank | Unsecured | 3,234.28 | 3,234.28 | 0.00 | 3,234.28 | 6.91 | 85.12 |
| 46 | Fia Card Services, NA/Bank of America | Unsecured | 18,796.04 | 18,796.04 | 0.00 | 18,796.04 | 40.13 | 44.99 |
| 47 | Fia Card Services, NA/Bank of America | Unsecured | 2,091.71 | 2,091.71 | 0.00 | 2,091.71 | 4.47 | 40.52 |
| 48 | PYOD LLC its successors and assigns as assignee of | Unsecured | 6,203.56 | 6,203.56 | 0.00 | 6,203.56 | 13.25 | 27.27 |
| 49 | PNCEF, LLC dba PNC Equipment Finance | Unsecured | 12,772.19 | 12,772.19 | 0.00 | 12,772.19 | 27.27 | 0.00 |
| SUBTOTAL FOR   UNSECURED | | | 760,668.86 | 760,668.86 | 0.00 | 760,668.86 | 1,624.12 | |
| Total for Case 10-33435 : | | | $761,542.90 | $761,542.90 | $0.00 | $761,542.90 | $2,498.16 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $874.04 | $874.04 | $0.00 | $874.04 | 100.000000% |
| Total Unsecured Claims : | $760,668.86 | $760,668.86 | $0.00 | $1,624.12 | 0.213512% |